## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

AKOSUA ANOKYE,

        Plaintiff

v.

                                     C.A. No. 16-163

ATRIA MANAGEMENT COMPANY, INC.,

        Defendant

### NOTICE OF REMOVAL

        Now comes the Defendant, Atria Management Company, LLC and respectfully notifies this Honorable Court as follows:

        1.      On March 4, 2016, Plaintiff, Akosua Anokye ("Plaintiff"), filed a civil action against Defendant, Atria Management Company, LLC (improperly identified in the Complaint as Atria Management Company, Inc.) ("Atria"), which is now pending in the State of Rhode Island, Providence County Superior Court, entitled *Akosua Anokye v. Atria Management Company, Inc.*, C.A. No. PC-2009-2525 ("State Court Action").  Atria was served on March 16, 2016.  Copies of all process and pleadings on file with the Superior Court as of this date are attached hereto as Exhibit A.

        2.      Pursuant to 28 U.S.C. §§ 1441, *et seq.,* Atria files this Notice of Removal ("Notice") of the State Court Action.  Removal is proper based on the following:

        (a)      As provided in 28 U.S.C. § 1332(a), federal courts have original jurisdiction over all civil actions in which the action is between citizens of

different states and the amount in controversy exceeds $75,000 exclusive of interests and costs.

3.      Plaintiff is a former employee of Atria who seeks alleged damages in connection with the termination of her employment.  Plaintiff asserts claims for religious discrimination and retaliation pursuant to the Rhode Island Civil Rights Act ("RICRA") and the Rhode Island Fair Employment Practices Act ("RIFEPA").

4.      Plaintiff is a resident of the State of Rhode Island.

5.      Atria Management Company, LLC is a limited liability company organized under the laws of Delaware with a principal place of business in Kentucky.

6.      Plaintiff seeks compensatory damages, exemplary damages, punitive damages, consequential damages, lost wages, equitable relief, declaratory relief, attorney's fees, and costs, each in an unspecified amount.

7.      Based upon the types of damages that Plaintiff seeks, and upon information and belief, the amount in controversy, exclusive of interest and costs, exceeds the sum of $75,000.

8.      Pursuant to 28 U.S.C. § 1446, Atria makes this petition for removal within thirty (30) days following receipt of the initial pleadings setting forth the claim for relief upon which such proceeding is based.

WHEREFORE, the State Court Action is properly removed to this Honorable

Court.

ATRIA MANAGEMENT COMPANY, LLC

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP


/s/ Michael A. Gamboli
Michael A. Gamboli (#4684)
40 Westminster Street, Suite 1100
Providence, RI  02903
(401) 861-8200
(401) 861-8210 FAX
mag@psh.com

and

Laurel K. Cornell (KY Bar #922023)
(to be admitted *pro hac vice*)
FISHER & PHILLIPS LLP
220 West Main Street, Suite 2200
Louisville, KY  40202
(502) 561-3990
(502) 561-3991 FAX
lcornell@laborlawyers.com

DATED:  April 5, 2016

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of April, 2016, the foregoing document has been filed through the CM/ECF system and is available for viewing and downloading, and will be sent electronically to the counsel who are registered participants identified in the Notice of Electronic Filing.


/s/ Michael A. Gamboli
Michael A. Gamboli (#4684)

2718858_1/12350-3